UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH LANAE TURNLEY | CIVIL ACTION NO. |
| VERSUS | 25-571-JWD-EWD |
| DISCOVER BANK | |

*CONSOLIDATED WITH*

| | |
|---|---|
| SARAH LANAE TURNLEY | CIVIL ACTION NO. |
| VERSUS | 25-648-JWD-EWD |
| DISCOVER BANK | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 28, 2026 (Doc. 33), to which no objection was filed;

**IT IS ORDERED** that the Motion to Compel Arbitration and Dismiss (Doc. 8) filed by Capital One, N.A., is **DENIED WITHOUT PREJUDICE** pending the outcome of a summary trial to address the issue of the existence of an arbitration contract between the parties, specifically contract formation and ratification/confirmation.

Since the recommendation of the Magistrate Judge has been adopted, fact discovery in this case may proceed limited only to the issues of contract formation and ratification/confirmation. Any such fact discovery shall be concluded by no later than **April 23, 2026,** as set forth in the current Scheduling Order, (Doc. 26). Additionally, now that the recommendation is adopted, a summary trial will be scheduled after the limited discovery deadline to address the issue of the existence of an arbitration contract between the parties, specifically contract formation and ratification/confirmation.

Signed in Baton Rouge, Louisiana, on February 13, 2026.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**